IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA                                                                              PLAINTIFF

v.                                       No. 6:15-CV-06055

LETITIA E. RICHARD; BONNIE PENNIX;
OZZIE PENNIX; DAREN PENNIX; and
ANTWON PENNIX                                                                                   DEFENDANTS

## JUDGMENT

On the 13th day of October, 2016, this interpleader action came on for bench trial to the undersigned. The matter was taken under advisement at the completion of the trial, and a memorandum opinion and order setting out the Court's decision has been entered on this same date.

In accordance with that decision, IT IS HEREBY ORDERED AND ADJUDGED that Defendant Letitia E. Richard is awarded 78% of the funds paid by Plaintiff The Prudential Insurance Company of America into the registry of the Court and interest that has since accrued on those funds; that Defendant Bonnie Pennix is awarded 5% of those funds and interest; and that Defendant Daren Pennix is awarded 17% of those funds and interest.

IT IS SO ORDERED AND ADJUDGED this 3rd day of January, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE